IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MIJAIL R. HURTADO, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 306-082 |
| WALT WELLS, Warden | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Petitioner Mijail R. Hurtado's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). After a careful, *de novo* review of the file and Petitioner's objections (Doc. 17), the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 15). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Petition is **HEREBY DENIED**, Judgment is **ENTERED** in favor of Respondent and this civil action is **CLOSED**.

SO ORDERED.

/s/ John F. Nangle

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: May 8th, 2008